**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 3, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00724-CV

## IN RE KHISTINA CALDWELL DEJEAN, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1066539

## MEMORANDUM OPINION

On August 27, 2015, relator Khistina Caldwell DeJean filed a petition for writ of mandamus in this court. *See* Tex. Elec. Code Ann. § 273.061 (West 2010); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel respondent, Annise D. Parker, Mayor of the City of Houston, to allow her

additional time to complete her application for her name to be placed on the ballot for the November 3, 2015 mayoral election.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.